■ The People of the State of New York, Respondent, v Cleonard Hansford, Appellant. [887 NYS2d 844]—Order, Supreme Court, New York County (Bonnie Wittner, J.), entered October 7, 2008, which adjudicated defendant a level two sex offender pursuant to the Sex Offender Registration Act (Correction Law art 6-C), unanimously affirmed, without costs.

Defendant did not establish special circumstances warranting a downward departure from his presumptive risk level (see *People v Guaman*, 8 AD3d 545 [2004]). The mitigating factors cited by defendant were taken into account by the risk assessment instrument, which could have assessed him as much as 30 points for those factors. Since "[d]efendant was given no points

in any of these categories," he is not entitled to any "downward modification as he has already received the benefit of zero points for these factors" (*People v Douglas*, 18 AD3d 967, 968 [2005]; *lv denied* 5 NY3d 710 [2005]).

We have considered and rejected defendant's remaining arguments. Concur—Gonzalez, P.J., Andrias, Saxe, Renwick and Manzanet-Daniels, JJ.